# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132996

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SEAN PATRICK DONOVAN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132996
COA: 263466
Wayne CC: 05-003381

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

s0416